UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD PARTRIDGE,<br><br>Plaintiff,<br><br>v.<br><br>VENUS CONCEPT USA, INC., and CHAD ZARING, DOMENIC SERAFINO, ANNA GEORGIADIS, MICHELE THOMPSON, and JOHN AND/OR JANE DOES 1-20 (Names Being Fictitious), in their individual and corporate capacities, and as aiders and abettors,<br><br>Defendants. | Civil Action No.: 2-21-cv-03395-JXN-MF<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)** |

Plaintiff Richard Partridge hereby gives notice of his voluntary dismissal with prejudice to dismiss the case against Defendants, Venus Concept USA, Inc., Chad Zaring, Domenic Serafino, Anna Georgiadis and Michele Thompson, in its entirety, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Defendants have not filed an answer or motion for summary judgment as of this time. The parties have executed a settlement agreement to resolve this matter.

Respectfully submitted,

SO ORDERED:

*[signature]*
JULIEN XAVIER NEALS
United States District Judge
Dated: 9/27/2021

**BRANDON J. BRODERICK**
Attorneys for plaintiff

By: s// Marc W. Garbar
    Marc W. Garbar, Esq.
    65 State Route 4 East
    River Edge, NH 07661
    (201) 853-1505
    mgarbar@201employmentlaw.com